UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HAKEEM AHMAD MUHAMMAD, )<br>Plaintiff, )<br>)<br>V. )<br>)<br>THE BRUNSWICK BEACON and )<br>SAM HICKMAN, )<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:15-CV-233-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court DISMISSES plaintiffs federal claims, DISMISSES any state-law claims WITHOUT PREJUDICE, and DIRECTS Muhammad to file a response to this order on or before May 20, 2016. The clerk shall mail a form section 2254 petition to Muhammad with a copy of this order. If Muhammad fails to timely respond to this order, the clerk shall dismiss the petition without prejudice without further order of the court.

SO ORDERED. This 25th day of May, 2016.

**This Judgment Filed and Entered on May 25, 2016, and Copies To:**

| | |
|---|---|
| **Hakeem Ahmad Muhammad** | #0059495 Maury Correctional Institution P.O. Box 506 Maury, NC 28554 |

DATE: JULIE RICHARDS JOHNSTON, CLERK
May 25, 2016 (By) /s/ Nicole Briggeman
 Deputy Clerk